UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LESLIE MACKINNON,<br><br>       Plaintiff,<br><br>vs.<br><br>LINBECK, KENNEDY & ROSSI,<br>FRED WILLIAMS, INC., and<br>JAMES J. KEENAN,<br><br>       Defendants. | Civil Action No. 05-11555-JLT |

**ASSENTED-TO MOTION FOR EXTENSION OF TIME FOR DEFENDANT, FRED WILLIAMS, INC., TO ANSWER, MOVE, OR OTHERWISE RESPOND TO <u>THE COMPLAINT</u>**

Defendant Fred Williams, Inc. ("defendant"), files this assented-to motion for the Court to extend until August 5, 2005 the date by which defendant is required to answer, move, or otherwise respond to the Complaint. Sol Cohen, counsel for plaintiff Leslie Mackinnon, has assented to this extension of time and it is the first such extension filed in this action.

WHEREFORE, Fred Williams, Inc. respectfully requests that the Court extend until August 5, 2005 the date by which it is required to answer, move, or otherwise respond to the Complaint.

5508/27615-001  BNLIB1/141945v1

        Respectfully submitted,

        FRED WILLIAMS, INC.

        By its attorneys,


        /s/ Mark W. Batten_____
        Mark W. Batten, BBO #566211
        Eben A. Krim, BBO # 652506
        Proskauer Rose LLP
        One International Place
        Boston, MA 02110
        (617) 526-9850

Dated: August 2, 2005

        CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served on all counsel of record this 2nd day of August, 2005.


        /s/Eben A. Krim_____
        Eben A. Krim