UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

LESLIE MACKINNON,

                  Plaintiff,

    v.

LINBECK, KENNEDY & ROSSI,
FRED WILLIAMS, INC. and
JAMES J. KEENAN,

                  Defendants.

Civil Action No. 05-11555 JLT

## CORPORATE DISCLOSURE STATEMENT
## OF DEFENDANT LINBECK GROUP, L.P.

       Pursuant to Local Rule 7.3, Defendant Linbeck Group, L.P. files this Corporate

Disclosure Statement:

       1.     Defendant Linbeck Group, L.P. is owned by Loreto GP, LLC and Josef LP, LLC,

which are owned by Linbeck Corporation; and

       2.     No publicly held company owns any interest in Defendant Linbeck Group, L.P.

                    Respectfully submitted,

                    LINBECK GROUP, L.P.,

                    By its attorneys,

                    HOLLAND & KNIGHT LLP

                    Liam T. O'Connell (BBO #558429)
                    Maura J. Gerhart (BBO #654695)
                    Holland & Knight LLP
                    10 St. James Avenue
                    Boston, Massachusetts 02116
                    (617) 523-2700

Dated:  August 4, 2005

# 3101751_v1