UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| LESLIE MACKINNON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action No. 05-11555-JLT |
| | ) | |
| LINBECK, KENNEDY & ROSSI, | ) | |
| FRED WILLIAMS, INC., and | ) | |
| JAMES J. KEENAN, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## <u>ANSWER OF FRED WILLIAMS, INC.</u>

Defendant Fred Williams, Inc. ("defendant") hereby answers the complaint in this matter as follows:

1.    Paragraph 1 of the Complaint contains a characterization of this action to which no response is required.  To the extent an answer may be deemed required, defendant denies the allegations of Paragraph 1.  Defendant specifically denies that it or any of its employees or agents discriminated against the plaintiff, and denies that plaintiff is entitled to any relief whatsoever.

2.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 2 of the Complaint, and accordingly denies them.

3.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 3 of the Complaint, and accordingly denies them.

4.    Paragraph 4 of the Complaint contains conclusions of law to which no response is required.

5.    Defendant admits the allegations of Paragraph 5 of the Complaint.

6.     Paragraph 6 of the Complaint contains conclusions of law to which no response is required.

7.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 7 of the Complaint, and accordingly denies them.

8.     Defendant denies the allegations of Paragraph 8 of the Complaint except to admit that defendant Linbeck, Kennedy & Rossi ("Linbeck") was at one time the general contractor on a project at the alleged address.

9.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 9 of the Complaint, and therefore denies them, except to admit that Sweeney Dry Wall was a subcontractor to Linbeck on the alleged project.

10.    Defendant denies the allegations of Paragraph 10 of the Complaint, except to admit that at one time defendant was a subcontractor to Linbeck on the alleged project.

11.    Defendant denies the allegations of Paragraph 11 of the Complaint, except to admit that at one time defendant Keenan was an employee of defendant.

12.    Paragraph 12 of the Complaint contains a conclusion of law to which no response is required.

13.    Paragraph 13 of the Complaint contains a conclusion of law to which no response is required.

14.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 14 of the Complaint, and therefore denies them.

15.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 15 of the Complaint, and therefore denies them.

16.    Defendant denies the allegations of Paragraph 16 of the Complaint, except to admit that at one time the plaintiff and defendant Keenan both worked at the alleged project.

17.    Defendant denies the allegations of Paragraph 17 of the Complaint.

18.     Defendant denies the allegations of Paragraph 18 of the Complaint.

19.     Defendant denies the allegations of Paragraph 19 of the Complaint.

20.     Defendant denies the allegations of Paragraph 20 of the Complaint.

21.     Defendant denies the allegations of Paragraph 21 of the Complaint.

22.     Defendant denies the allegations of Paragraph 22 of the Complaint.

23.     Defendant denies the allegations of Paragraph 23 of the Complaint.

24.     Defendant denies the allegations of Paragraph 24 of the Complaint.

25.     Defendant denies the allegations of Paragraph 25 of the Complaint.

26.     Defendant denies the allegations of Paragraph 26 of the Complaint.

27.     Defendant denies the allegations of Paragraph 27 of the Complaint.

28.     Defendant denies the allegations of Paragraph 28 of the Complaint.

29.     Defendant denies the allegations of Paragraph 29 of the Complaint.

30.     Defendant denies the allegations of Paragraph 30 of the Complaint and each of its subparagraphs.

31.     Defendant denies the allegations of Paragraph 31 of the Complaint.

32.     Defendant denies the allegations of Paragraph 32 of the Complaint.

33.     Defendant denies the allegations of Paragraph 33 of the Complaint.

34.     Defendant denies the allegations of Paragraph 34 of the Complaint.

35.     Defendant denies the allegations of Paragraph 35 of the Complaint.

36.     Defendant denies the allegations of Paragraph 36 of the Complaint.

37.     Paragraph 37 of the Complaint contains a conclusion of law to which no response is required.

38.     Paragraph 38 of the Complaint contains a conclusion of law to which no response is required.

39.     Defendant denies the allegations of Paragraph 39 of the Complaint.

40.    Defendant denies the allegations of Paragraph 40 of the Complaint.

41.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 41 of the Complaint, and therefore denies them.

42.    Defendant admits the allegations of Paragraph 42 of the Complaint.

43.    Paragraph 43 of the Complaint contains characterizations of a document, to which no response is required.  To the extent an answer may be deemed required, defendant denies the allegations of Paragraph 43 and respectfully refers the Court to the referenced document for a complete and accurate statement of its contents.

44.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 44 of the Complaint, and therefore denies them.

45.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 45 of the Complaint, and therefore denies them.

46.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 46 of the Complaint, and therefore denies them.

47.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 47 of the Complaint, and therefore denies them.

## COUNT I

48.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 48 of the Complaint, and therefore denies them.

49.    In response to Paragraph 48 of the Complaint, defendant incorporates by reference its responses to Paragraphs 1 through 54 herein.

50.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 50 of the Complaint, and therefore denies them.

51.    Paragraph 51 of the Complaint contains conclusions of law to which no response is required.

- 4 -

52.     Defendant denies the allegations of Paragraph 52 of the Complaint.

53.     Defendant denies the allegations of Paragraph 53 of the Complaint.

54.     Defendant denies the allegations of Paragraph 54 of the Complaint.

55.     Paragraph 55 of the Complaint contains a conclusion of law to which no response is required.

56.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 56 of the Complaint, and therefore denies them.

57.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 57 of the Complaint, and therefore denies them.

The unnumbered paragraph and subparagraphs that follow Paragraph 57 of the Complaint constitute a prayer for relief, to which no response is required.  Defendant specifically denies that plaintiff is entitled to any relief whatsoever.

## COUNT II

58.     In response to Paragraph 58 of the Complaint, defendant incorporates by reference its responses to Paragraphs 1 through 54 herein.

59.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 59 of the Complaint, and therefore denies them.

60.     Paragraph 60 of the Complaint contains conclusions of law to which no response is required.

61.     Defendant denies the allegations of Paragraph 61 of the Complaint.

62.     Defendant denies the allegations of Paragraph 62 of the Complaint.

63.     Defendant denies the allegations of Paragraph 63 of the Complaint.

64.     Defendant denies the allegations of Paragraph 64 of the Complaint.

65.     Defendant denies the allegations of Paragraph 65 of the Complaint.

66.     Paragraph 66 of the Complaint contains a conclusion of law to which no response is required.

67.     Defendant admits the allegations of Paragraph 67 of the Complaint.

68.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 68 of the Complaint, and therefore denies them.

69.     Paragraph 69 of the Complaint contains a conclusion of law to which no response is required.

The unnumbered paragraph and subparagraphs that follow Paragraph 69 of the Complaint constitute a prayer for relief, to which no response is required.  Defendant specifically denies that plaintiff is entitled to any relief whatsoever.

## COUNT III

70.     In response to Paragraph 70 of the Complaint, defendant incorporates by reference its responses to Paragraphs 1 through 54 herein.

71.     Defendant denies the allegations of Paragraph 71 of the Complaint, except to admit that it is a Massachusetts corporation and has more than fifteen employees.

72.     Paragraph 72 of the Complaint contains conclusions of law to which no response is required.

73.     Defendant denies the allegations of Paragraph 73 of the Complaint.

74.     Defendant denies the allegations of Paragraph 74 of the Complaint.

75.     Defendant denies the allegations of Paragraph 75 of the Complaint.

76.     Paragraph 76 of the Complaint contains a conclusion of law to which no response is required.

77.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 77 of the Complaint, and therefore denies them.

78.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 78 of the Complaint, and therefore denies them.

The unnumbered paragraph and subparagraphs that follow Paragraph 78 of the Complaint constitute a prayer for relief, to which no response is required.  Defendant specifically denies that plaintiff is entitled to any relief whatsoever.

## COUNT IV

79.     In response to Paragraph 79 of the Complaint, defendant incorporates by reference its responses to Paragraphs 1 through 54 herein.

80.     Defendant denies the allegations of Paragraph 80 of the Complaint, except to admit that it is a Massachusetts corporation and has more than fifteen employees.

81.     Paragraph 81 of the Complaint contains conclusions of law to which no response is required.

82.     Defendant denies the allegations of Paragraph 82 of the Complaint.

83.     Defendant denies the allegations of Paragraph 83 of the Complaint.

84.     Defendant denies the allegations of Paragraph 84 of the Complaint.

85.     Defendant denies the allegations of Paragraph 85 of the Complaint.

86.     Defendant denies the allegations of Paragraph 86 of the Complaint.

87.     Paragraph 87 of the Complaint contains a conclusion of law to which no response is required.

88.     Defendant admits the allegations of Paragraph 88 of the Complaint.

89.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 89 of the Complaint, and therefore denies them.

90.     Paragraph 90 of the Complaint contains a conclusion of law to which no response is required.

The unnumbered paragraph and subparagraphs that follow Paragraph 90 of the Complaint constitute a prayer for relief, to which no response is required.  Defendant specifically denies that plaintiff is entitled to any relief whatsoever.

## COUNT V

91.     In response to Paragraph 91 of the Complaint, defendant incorporates by reference its responses to Paragraphs 1 through 54 herein.

92.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 92 of the Complaint, and therefore denies them.

93.     Defendant denies the allegations of Paragraph 93 of the Complaint.

94.     Defendant denies the allegations of Paragraph 94 of the Complaint.

95.     Defendant denies the allegations of Paragraph 95 of the Complaint.

96.     Paragraph 96 of the Complaint contains a conclusion of law to which no response is required.

97.     Defendant admits the allegations of Paragraph 97 of the Complaint.

98.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 98 of the Complaint, and therefore denies them.

The unnumbered paragraph and subparagraphs that follow Paragraph 98 of the Complaint constitute a prayer for relief, to which no response is required.  Defendant specifically denies that plaintiff is entitled to any relief whatsoever.

## COUNT VI

99.     In response to Paragraph 99 of the Complaint, defendant incorporates by reference its responses to Paragraphs 1 through 54 herein.

100.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 100 of the Complaint, and therefore denies them.

- 8 -

101.    Paragraph 101 of the Complaint contains a conclusion of law, to which no response is required.

102.    Defendant denies the allegations of Paragraph 102 of the Complaint.

103.    Defendant denies the allegations of Paragraph 103 of the Complaint.

104.    Defendant denies the allegations of Paragraph 104 of the Complaint.

105.    Defendant denies the allegations of Paragraph 105 of the Complaint.

106.    Defendant denies the allegations of Paragraph 106 of the Complaint.

107.    Paragraph 107 of the Complaint contains a conclusion of law to which no response is required.

108.    Defendant admits the allegations of Paragraph 108 of the Complaint.

109.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 109 of the Complaint, and therefore denies them.

110.    Paragraph 110 of the Complaint contains a conclusion of law, to which no response is required.

The unnumbered paragraph and subparagraphs that follow Paragraph 110 of the Complaint constitute a prayer for relief, to which no response is required. Defendant specifically denies that plaintiff is entitled to any relief whatsoever.

## COUNT VII

111.    In response to Paragraph 111 of the Complaint, defendant incorporates by reference its responses to Paragraphs 1 through 54 herein.

112.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 112 of the Complaint, and therefore denies them.

113.    Paragraph 113 of the Complaint contains a conclusion of law, to which no response is required.

114.    Defendant denies the allegations of Paragraph 114 of the Complaint.

115.    Defendant denies the allegations of Paragraph 115 of the Complaint.

116.    Defendant denies the allegations of Paragraph 116 of the Complaint.

117.    Defendant denies the allegations of Paragraph 117 of the Complaint.

118.    Defendant denies the allegations of Paragraph 118 of the Complaint.

119.    Defendant denies the allegations of Paragraph 119 of the Complaint.

120.    Paragraph 120 of the Complaint contains a conclusion of law to which no response is required.

121.    Defendant admits the allegations of Paragraph 121 of the Complaint.

122.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 122 of the Complaint, and therefore denies them.

123.    Paragraph 123 of the Complaint contains a conclusion of law, to which no response is required.

The unnumbered paragraph and subparagraphs that follow Paragraph 123 of the Complaint constitute a prayer for relief, to which no response is required.  Defendant specifically denies that plaintiff is entitled to any relief whatsoever.

## COUNT VIII

124.    In response to Paragraph 124 of the Complaint, defendant incorporates by reference its responses to Paragraphs 1 through 54 herein.

125.    Defendant denies the allegations of Paragraph 125 of the Complaint, except to admit that it is a Massachusetts corporation which has more than fifteen employees.

126.    Paragraph 126 of the Complaint contains a conclusion of law, to which no response is required.

127.    Defendant denies the allegations of Paragraph 127 of the Complaint.

128.    Defendant denies the allegations of Paragraph 128 of the Complaint.

129.    Defendant denies the allegations of Paragraph 129 of the Complaint.

130.    Defendant denies the allegations of Paragraph 130 of the Complaint.

131.    Defendant denies the allegations of Paragraph 131 of the Complaint.

132.    Paragraph 132 of the Complaint contains a conclusion of law to which no response is required.

133.    Defendant admits the allegations of Paragraph 133 of the Complaint.

134.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 134 of the Complaint, and therefore denies them.

135.    Paragraph 135 of the Complaint contains a conclusion of law, to which no response is required.

The unnumbered paragraph and subparagraphs that follow Paragraph 135 of the Complaint constitute a prayer for relief, to which no response is required.  Defendant specifically denies that plaintiff is entitled to any relief whatsoever.

## COUNT IX

136.    In response to Paragraph 136 of the Complaint, defendant incorporates by reference its responses to Paragraphs 1 through 54 herein.

137.    Defendant denies the allegations of Paragraph 137 of the Complaint, except to admit that it is a Massachusetts corporation which has more than fifteen employees.

138.    Paragraph 138 of the Complaint contains a conclusion of law, to which no response is required.

139.    Defendant denies the allegations of Paragraph 139 of the Complaint.

140.    Defendant denies the allegations of Paragraph 140 of the Complaint.

141.    Defendant denies the allegations of Paragraph 141 of the Complaint.

142.    Defendant denies the allegations of Paragraph 142 of the Complaint.

143.    Defendant denies the allegations of Paragraph 143 of the Complaint.

144.    Defendant denies the allegations of Paragraph 144 of the Complaint.

145.    Paragraph 145 of the Complaint contains a conclusion of law to which no response is required.

146.    Defendant admits the allegations of Paragraph 146 of the Complaint.

147.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 147 of the Complaint, and therefore denies them.

148.    Paragraph 148 of the Complaint contains a conclusion of law, to which no response is required.

The unnumbered paragraph and subparagraphs that follow Paragraph 148 of the Complaint constitute a prayer for relief, to which no response is required.  Defendant specifically denies that plaintiff is entitled to any relief whatsoever.

## COUNT X

149.    In response to Paragraph 149 of the Complaint, defendant incorporates by reference its responses to Paragraphs 1 through 54 herein.

150.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 150 of the Complaint, and therefore denies them.

151.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 151 of the Complaint, and therefore denies them.

152.    Defendant denies the allegations of Paragraph 152 of the Complaint.

153.    Defendant denies the allegations of Paragraph 153 of the Complaint.

154.    Defendant denies the allegations of Paragraph 154 of the Complaint.

155.    Defendant denies the allegations of Paragraph 155 of the Complaint.

The unnumbered paragraph and subparagraphs that follow Paragraph 155 of the Complaint constitute a prayer for relief, to which no response is required.  Defendant specifically denies that plaintiff is entitled to any relief whatsoever.

## COUNT XI

156.    In response to Paragraph 156 of the Complaint, defendant incorporates by reference its responses to Paragraphs 1 through 54 herein.

157.    Defendant denies the allegations of Paragraph 157 of the Complaint.

158.    Defendant denies the allegations of Paragraph 158 of the Complaint.

The unnumbered paragraph and subparagraphs that follow Paragraph 158 of the Complaint constitute a prayer for relief, to which no response is required.  Defendant specifically denies that plaintiff is entitled to any relief whatsoever.

## FIRST AFFIRMATIVE DEFENSE

The Complaint, in whole or in part, fails to state a claim as to which relief may be granted.

## SECOND AFFIRMATIVE DEFENSE

The plaintiff was not subjected to any adverse action.

## THIRD AFFIRMATIVE DEFENSE

If the plaintiff suffered any injury, which is denied, that injury was the result of the plaintiff's own acts or omissions, and not the acts or omissions of any of the defendants.

## FOURTH AFFIRMATIVE DEFENSE

Defendant had legitimate, lawful, and nondiscriminatory reasons for all actions taken with respect to the plaintiff.

## FIFTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred, in whole or in part, by applicable statutes of limitation.

## SIXTH AFFIRMATIVE DEFENSE

If the plaintiff has suffered any injury, which is denied, her recovery is barred by her failure to mitigate his damages.

## SEVENTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred, in whole or in part, by the doctrine of unclean hands.

## EIGHTH AFFIRMATIVE DEFENSE

Plaintiff has suffered no damages.

## NINTH AFFIRMATIVE DEFENSE

The damages plaintiff seeks are, in whole or in part, barred by applicable law.

## TENTH AFFIRMATIVE DEFENSE

Defendant exercised reasonable care to prevent and to promptly correct any conduct that might constitute harassment, and the plaintiff unreasonably failed to take advantage of preventive or corrective opportunities or to avoid harm otherwise.

WHEREFORE, the Complaint should be dismissed with prejudice.

Respectfully submitted,

FRED WILLIAMS, INC.

By its attorneys,

  /s/Mark Batten_____
Mark W. Batten, BBO #566211
Eben A. Krim, BBO # 652506
Proskauer Rose LLP
One International Place
Boston, MA 02110
(617) 526-9850

Dated: August 5, 2005

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served on all counsel of record by first-class mail, postage prepaid, this 5th day of August, 2005.

  /s/ Mark Batten_____
Mark W. Batten

- 14 -