UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LESLIE MACKINNON,<br><br>    Plaintiff,<br><br>vs.<br><br>LINBECK, KENNEDY & ROSSI,<br>FRED WILLIAMS, INC., and<br>JAMES J. KEENAN,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 05-11555-JLT<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 7.3, Defendant Fred Williams, Inc. ("Defendant") states that it is wholly owned by PPL Energy Services Northeast, Inc., which is not a publicly traded company, but that its ultimate parent corporation is PPL Corporation, which is publicly traded.

This 15th day of August, 2005.

| |
|---|
| Respectfully submitted, |
| |
| FRED WILLIAMS, INC. |
| |
| By its attorneys, |
| |
| |
| /s/Eben A. Krim |
| Mark W. Batten, BBO #566211 |
| Eben A. Krim, BBO # 652506 |
| Proskauer Rose LLP |
| One International Place |
| Boston, MA 02110 |
| (617) 526-9850 |