UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LESLIE MACKINNON,<br><br>    Plaintiff,<br><br>vs.<br><br>LINBECK, KENNEDY & ROSSI,<br>FRED WILLIAMS, INC., and<br>JAMES J. KEENAN,<br><br>    Defendants. | Civil Action No. 05-11555-JLT |

### CERTIFICATION

Pursuant to Local Rule 16.1(D)(3), the undersigned hereby certify and affirm that they have conferred with a view to establishing a budget for the costs of conducting the full course, and various alternative courses, of the above litigation and to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

_____
FRED WILLIAMS, INC.
By: Tim Manning
Title: Vice President

_____
Mark W. Batten (BBO No. 566211)
Eben A. Krim (BBO No. 652506)
PROSKAUER ROSE LLP
One International Place, 22nd Floor
Boston, MA 02110-2600
Tel: (617) 526-9850
Fax: (617) 526-9899

Dated: September 19, 2005