UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LESLIE MACKINNON,<br><br>    Plaintiff,<br><br>vs.<br><br>LINBECK, KENNEDY & ROSSI,<br>FRED WILLIAMS, INC., and<br>JAMES J. KEENAN,<br><br>    Defendants. | Civil Action No. 05-11555-JLT |

## DEFENDANTS' STATEMENT PURSUANT TO LOCAL RULE 26.1(b)

Pursuant to Local Rule 26.1(b), defendant Fred Williams, Inc. ("Fred Williams" or "Defendant"), by and through its representative, Tim Manning hereby certifies as follows:

1. The following persons are believed to have substantial discoverable information about the claims or defenses in this action:

   a    Leslie MacKinnon has information about all matters described in the Complaint and Answer.

   b    James J. Keenan is believed to have information about all matters described in the Complaint and Answer.

   c    Tim Manning is believed to have information about matters involving Fred Williams and its knowledge of and response to Plaintiff's allegations.

   d    William Henry is believed to have information about the alleged incidents at the job site and interaction between Keenan and Plaintiff; as well as Fred Williams's knowledge of and response to Plaintiff's allegations.

e    Francis Gately is believed to have information about the alleged incidents at the job site and interaction between Keenan and Plaintiff, as well as Fred Williams's knowledge of and response to Plaintiff's allegations.

f    Raymond Hennessey is believed to have information about the alleged incidents at the job site and interaction between Keenan and Plaintiff, as well as Fred Williams's knowledge of and response to Plaintiff's allegations.

g    William Moore is believed to have information about the alleged incidents at the job site involving Plaintiff, as well as Fred Williams's knowledge of and response to same.

h    Jeff Sullivan is believed to have information about the alleged incidents at the job site involving Plaintiff and her reporting of same, as well as Fred Williams's knowledge of and response to same.

i    Jake LaRochelle is believed to have information about the alleged incidents at the job site involving Plaintiff and her reporting of same, as well as Fred Williams's knowledge of and response to same.

2.    Defendant has not obtained any statements regarding the subject matter of the claims or defenses from the opposing party.

3.    The Massachusetts Commission Against Discrimination is believed to have investigated the circumstances giving rise to the claims and defenses in this action.

I declare under penalty of perjury that the foregoing is true and correct.

_____
TIM MANNING
Vice President
Fred Williams, Inc.

5508/27615-001 Current/7460683v2    09/19/2005 02:52 PM