UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

LESLIE MACKINNON,

              Plaintiff,

v.

LINBECK, KENNEDY & ROSSI,
FRED WILLIAMS, INC. and
JAMES J. KEENAN,

              Defendants.

Civil Action No. 05-11555 JLT

## DEFENDANT LINBECK GROUP, L.P.'S
## CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3)

Pursuant to Rule 16.1(D)(3) of the Local Rules of the United States District Court for the District of Massachusetts, Defendant Linbeck Group, L.P. and its counsel affirm that they have conferred: (1) with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of litigation; and (2) to consider the resolution of this litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Respectfully submitted,

| LINBECK GROUP, L.P., | COUNSEL FOR LINBECK GROUP, L.P., |
|---|---|
| By: Gretchen Hamilton<br>Linbeck Group, L.P. | Liam T. O'Connell (BBO #558429)<br>Maura J. Gerhart (BBO #654695)<br>Holland & Knight LLP<br>10 St. James Avenue<br>Boston, Massachusetts 02116<br>(617) 523-2700 |

Dated: September 21, 2005
# 3237288_v1