UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LESLIE MACKINNON,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>LINBECK, KENNEDY & ROSSI,<br>FRED WILLIAMS, INC. and<br>JAMES J. KEENAN,<br><br>　　　　　　　　　　Defendants. | Civil Action No. 05-11555 JLT |

## JOINT STATEMENT SUBMITTED PURSUANT TO FED. R. CIV. P. 26(f) AND LOCAL RULE 16.1

Pursuant to Fed. R. Civ. P. 26(f), Local Rule 16.1 and this Court's Notice of Scheduling Conference and Discovery Order dated August 29, 2005, Plaintiff Leslie MacKinnon and Defendants Linbeck Group, L.P., Fred Williams, Inc. and James J. Keenan submit this joint statement and proposed pre-trial schedule.

### I.　　Agenda for Scheduling Conference

The parties propose that the agenda for the October 3, 2005 initial scheduling conference include discussion of the following:

　　a.　　Settlement; and

　　b.　　The parties proposed joint discovery plan.

As required under Fed. R. Civ. P. 26(f) and Local Rule 16.1(B), counsel conferred on Thursday, September 22, 2005 to establish the proposed agenda and pre-trial schedule.

## II. Joint Discovery Plan

a.   **Initial Disclosures**

In accordance with this Court's Order, the parties will complete the disclosure of relevant documents and information as required by Fed. R. Civ. P. 26(a)(1) on or before September 19, 2005.

b.   **Fact Discovery Deadline**

The parties propose that all fact discovery, including depositions, be completed by March 31, 2006.

c.   **Written Discovery**

The parties propose that written discovery requests to a party be served at any time after the scheduling conference. The parties propose that each party be limited to twenty-five (25) interrogatories, twenty-five (25) requests for admissions, and two (2) separate sets of requests for production as to each other party in this action.

d.   **Depositions**

The parties propose that they may notice and take depositions at any time after the scheduling conference, and that each party be limited to ten (10) depositions.

e.   **Expert Disclosure and Discovery**

The parties propose that Plaintiff must designate expert witnesses, if any, and produce expert reports by March 31, 2006, Defendants must designate expert witnesses, if any, and produce expert reports by April 28, 2006, and the depositions of expert witness must be completed by May 31, 2006.

### III. Filing of Motions

The parties propose that all amendments to pleadings and joinder of additional parties shall be served no later than February 1, 2006.

The parties propose that any motions under Fed. R. Civ. P. 56 must be filed on or before July 14, 2006, and opposition papers to such motions shall be filed no later than August 15, 2006. Reply memoranda, if any, shall be filed by September 15, 2006.

### IV. Proposed Conferences with Court and Final Pre-Trial Conference

The parties also agree to the scheduling of a final pre-trial conference within forty-five (45) days of receipt of a decision of any pending dispositive motions, if dispositive motions are filed. Otherwise, the parties propose that the final pre-trial conference be scheduled in August 2006.

### V. Trial by Magistrate Judge

The parties do not consent to trial by Magistrate Judge at this time.

### VI. Compliance with Local Rule 16(D)(3)

Plaintiff's Local Rule 16.1(D)(3) certification will be filed prior to the scheduling conference. Defendants' Local Rule 16.1(D)(3) certifications will be filed prior to the scheduling conference.

Respectfully submitted,

*LESLIE MACKINNON,*

By her attorneys,
COHEN & SALES

_____
Sol J. Cohen (BBO #630776)
Cohen & Sales
43 Thorndike Street
Cambridge, Massachusetts, 02141
(617) 621-1151

JOHN P. LEGRAND & ASSOCIATES

_____
John P. LeGrand (BBO#550185)
John P. LeGrand & Associates
375 Broadway, Suite 2
Somerville, Massachusetts 02145
(617) 623- 3003


*PRO SE DEFENDANT,*

_____
James J. Keenan
110 Babcock Street
Quincy, Massachusetts 02169

*LINBECK GROUP, L.P.,*

By its attorneys,
HOLLAND & KNIGHT LLP

_____
Liam T. O'Connell (BBO #558429)
Maura J. Gerhart (BBO #654695)
Holland & Knight LLP
10 St. James Avenue
Boston, Massachusetts 02116
(617) 523-2700


*FRED WILLIAMS, INC.,*

By its attorneys,
PROSKAUER ROSE LLP

_____
Mark W. Batten (BBO#566211)
Eben A. Krim (BBO#652506)
Proskauer Rose LLP
One International Place
Boston, Massachusetts 02110
(617) 526-9850


Dated: September 22, 2005

# 3225791_v2

4