UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 05-11555-JLT

_____
                                  )
LESLIE MACKINNON                  )
                                  )
    Plaintiff                     )
                                  )
v.                                )
                                  )
LINBECK, KENNEDY & ROSSI,         )
FRED WILLIAMS, INC., and          )
JAMES J. KEENAN                   )
                                  )
    Defendants                    )
_____)

**PLAINTIFFS' CERTIFICATION OF CONFERENCE PURSUANT TO LOCAL RULE 16.1 (D) (ADDENDUM TO JOINT STATEMENT)**

NOW COMES Sol J. Cohen, attorney for the plaintiff, and hereby certifies that he has conferred with the plaintiff with respect to establishing a budget for the full course of litigation and to consider alternative dispute resolution programs.

                              By her attorneys,

Acknowledgement:

/s/ Leslie McKinnon       /s/ Sol J. Cohen
Leslie McKinnon          Sol J. Cohen
                                  BBO # 630776
                                  COHEN & SALES
                                  43 Thorndike Street
                                  Cambridge, MA 02141
                                  (617) 621-1151

                                  /s/ John P. LeGrand
                                  John P. LeGrand
                                  BBO#550185
                                  JOHN P. LEGRAND & ASSOCIATES, PC
                                  375 Broadway, Suite 2
                                  Somerville, MA 02145
                                  (617) 623-3001

## CERTIFICATE OF SERVICE

      I, Sol J. Cohen, attorney for the plaintiff, Leslie McKinnon, hereby certify that on this _____ day of _____, 2005, I served a copy of the above document on the defendants in this action, by mailing the same, postage pre-paid to the pro se defendant and to the remaining defendants' attorneys at the following address:

Liam T. O'Connell, Esq.
Holland & Knight, LLP
10 St. James Avenue
Boston, MA 02116

Mark W. Batten, Esq.
Proskauer Rose LLP
One International Place, 22d floor
Boston, MA 02110

James Keenan
110 Babcock Street
Quincy, MA 02169

                                                      _____
                                                      Sol J. Cohen