UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| LESLIE MACKINNON, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| | * | Civil Action No. 05-11555-JLT |
| v. | * | |
| | * | |
| LINBECK, KENNEDY & ROSSI, | * | |
| FRED WILLIAMS, INC., and | * | |
| JAMES J. KEENAN, | * | |
| | * | |
| Defendants. | * | |

ORDER
---

October 3, 2005

TAURO, J.

After a conference on October 3, 2005, this court hereby orders that:

1. Plaintiff may depose the following: (1) James Keenan; (2) Francis Gately; (3) Bill Moore; (4) Tim Manning; (5) Raymond Hennessey; (6) Bill Henry; (7) Kenneth Cardillo; (8) Robert Killian; and (10) David McCann;

2. Defendant Linbeck, Kennedy & Rossi may depose the following: (1) Leslie MacKinnon; (2) Jeff Sullivan; (3) Martin Goulet; (4) Jake LaRochelle; (5) Dan Sweeney; (6) Paul MacLean; (7) Keith Beaudoin; (8) Steve Evans; (9) Francis X. Gately; (10) Tim Manning; (11) William Henry; (12) Raymond F. Hennessy; (13) James Keenan; (14) Officer Michael Regal; and (15) any medical professionals from whom Plaintiff has sought treatment related to her allegations in this action;

3. Defendant Fred Williams, Inc. may depose the following: (1) Leslie MacKinnon; (2) Detective Michael Regal; (3) Jeff Sullivan; (4) Alejandra Pro-Rosquez; (5) Mary Byrne; and (6) Nicole Boudreau;

4. Defendant James J. Keenan may depose the following: (1) Steve Evans; (2) Keith Beaudoin; and (3) Jeff Sullivan;

5. All abovementioned depositions must be completed by March 31, 2006;

6. No additional discovery will be permitted without leave of this court; and

7. A Further Conference is scheduled for April 10, 2006 at 10:00 a.m.

IT IS SO ORDERED.

    /s/ Joseph L. Tauro
United States District Judge