UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LESLIE MACKINNON,<br><br>    Plaintiff,<br><br>vs.<br><br>LINBECK, KENNEDY & ROSSI,<br>FRED WILLIAMS, INC., and<br>JAMES J. KEENAN,<br><br>    Defendants. | Civil Action No. 05-11555-JLT |

## NOTICE OF APPEARANCE

Mark W. Batten and Eben A. Krim hereby notice their appearance as counsel for the Defendant, Linbeck, Kennedy & Rossi, in this matter. All pleadings, correspondence, and notices should be directed to Mr. Batten and Mr. Krim at the address below.

Respectfully submitted,

LINBECK, KENNEDY & ROSSI,
DEFENDANT

By its attorneys,

_____
Mark W. Batten (BBO No. 566211)
Eben A. Krim (BBO No. 652506)
PROSKAUER ROSE LLP
One International Place, 22nd Floor
Boston, MA 02110-2600
Tel: (617) 526-9624
Fax: (617) 526-9899

Dated: February 1, 2006

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served on all counsel of record, by first-class mail, postage paid, this 1st day of February, 2006.

_____
Eben A. Krim