UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| LESLIE MACKINNON, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| | * | Civil Action No. 05-11555-JLT |
| v. | * | |
| | * | |
| LINBECK, KENNEDY & ROSSI, | * | |
| FRED WILLIAMS, INC., and | * | |
| JAMES J. KEENAN, | * | |
| | * | |
| Defendants. | * | |

ORDER

April 11, 2006

TAURO, J.

After a Conference on April 11, 2006, this court hereby orders that:

1. Defendant has until May 11, 2006 to file a Motion for Summary Judgment;

2. Plaintiff has until June 1, 2006 to respond to the abovementioned Motion for Summary Judgment; and

3. Trial will begin on September 18, 2006 at 10:00 a.m.

IT IS SO ORDERED.

    /s/ Joseph L. Tauro
United States District Judge