UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LESLIE MACKINNON, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>LINBECK, KENNEDY & ROSSI, )<br>FRED WILLIAMS, INC., and )<br>JAMES J. KEENAN, )<br>)<br>Defendants. ) | Civil Action No. 05-11555-JLT |

**PRETRIAL DISCLOSURES ON BEHALF OF DEFENDANTS**
**FRED WILLIAMS, INC. AND LINBECK, KENNEDY & ROSSI**

Defendants, Fred Williams, Inc. ("Fred Williams") and Linbeck, Kennedy & Rossi ("Linbeck") (collectively "Defendants"), hereby make the following pretrial disclosures, pursuant to Federal Rule of Civil Procedure 26(a)(3), regarding the evidence they may present at trial. Defendants base the following disclosures on information currently and reasonably available to them and reserve the right to supplement these disclosures, as necessary, pursuant to Rule 26(e) of the Federal Rules of Civil Procedure.

**A.    The name and, if not previously provided, the address and telephone number of each witness, separately identifying those whom the party expects to present and those whom the party may call if the need arises:**

Based on current knowledge, information, and belief, Defendants identify the following individuals who they expect to call as witnesses in the trial of this

matter. The addresses given are the last known addresses available to Defendants, but may not be current or accurate:

**Defendants Expect to Call:**

1. Leslie MacKinnon
   10 Bicknell Terrace
   Lawrence, Massachusetts
   (617) 719-8336

2. James J. Keenan
   110 Babcock Street
   Quincy, Massachusetts
   (617) 770-4795

3. Tim Manning
   Vice President, Project Manager
   Fred Williams, Inc.
   20 Scanlon Drive
   Randolph, Massachusetts 02368
   (781) 961-1500

4. William Moore
   Project Superintendent
   Linbeck, Kennedy & Rossi
   One Macguire Road
   Lexington, Massachusetts 02421
   (781) 372-1100

5. Francis Gately
   Foreman – Pipefitter
   Fred Williams, Inc.
   20 Scanlon Drive
   Randolph, Massachusetts 02368
   (781) 961-1500

6. Raymond Hennessey
   Journeyman Pipefitter
   Fred Williams, Inc.
   20 Scanlon Drive
   Randolph, Massachusetts 02368
   (781) 961-1500

**Defendants May also Call**

7. William Henry
   Outside Supervisor - Pipefitter
   Fred Williams, Inc.
   20 Scanlon Drive
   Randolph, Massachusetts 02368
   (781) 961-1500

8. Jeff Sullivan
   Business Agent
   Painters and Tapers Local Union
   Colgate Street
   Roslindale, MA 02131

9. Jake LaRochelle
   Foreman
   Sweeney Dry Wall
   13 A Street
   Burlington, MA 01803
   (781) 272-1518

10. Martin Goulet
    Foreman
    Sweeney Dry Wall
    13 A Street
    Burlington, MA 01803
    (781) 272-1518

11. Mary Byrne
    Licensed Social Worker
    Counseling Associates of Cambridge
    1753 Massachusetts Avenue
    Cambridge, MA  02140

12. Alejandra Pro-Rossquez, MD
    Brookline Associates Internal Medicine, P.C.
    Medical Office Building
    11 Nevins Street, Suite 505
    Brighton, MA  02135
    (617) 782-9210

13. Nicole H. Boudreau, MD
    1180 Beacon Street, Suite 2C
    Brookline, MA  02446

14. Mark Noonan
    Project Engineer
    Linbeck, Kennedy & Rossi
    One Macguire Road
    Lexington, Massachusetts 02421
    (781) 372-1100

B. **The designation of those witnesses whose testimony is expected to be presented by means of a deposition and, if not taken stenographically, a transcript of the pertinent portions of the deposition testimony.**

   1. Testimony of William Henry, Outside Supervisor – Pipefitter, Fred Williams, Inc., at trial of <u>Commonwealth vs. James Keenan</u>, Docket No, 0352 CR 3239, Cambridge District Court (12/14/04).

   2. Testimony of Raymond Hennessy, Journeyman Pipefitter, Fred Williams, Inc., at trial of <u>Commonwealth vs. James Keenan</u>, Docket No, 0352 CR 3239, Cambridge District Court (12/14/04).

C. **An appropriate identification of each document or other exhibit, including summaries of other evidence, separately identifying those which the party expects to offer and those which the party may offer if the need arises.**

Defendants expect to offer the following as exhibits at trial:

| Exhibit # | Description | Corresponding Deposition Exhibit # (if any) |
|---|---|---|
| 1. | Cambridge Police Department Investigative Report, file number 03-4374. (6/3/03) | |
| 2. | "Draft Complaint" submitted by Leslie MacKinnon to the MCAD. (5/27/03) | MacKinnon #1 |
| 3. | MacKinnon's hand-drawn diagram of the Memorial Drive jobsite (1/6/06) | MacKinnon #2 |

| 4.  | Leslie MacKinnon's handwritten notes. First page has heading "780 Memorial Drive Cambridge Mass". Sixteen pages total. | MacKinnon #5 |
|-----|---|---|
| 5.  | MacKinnon's Complaint submitted to the MCAD (5/27/03) | MacKinnon #4 |
| 6.  | Rebuttal of Leslie MacKinnon to Position Statement of Respondent Fred Williams, Inc. (8/15/03) | MacKinnon #6 |
| 7.  | Sexual Harassment Policy for Fred Williams (PPL) |  |
| 8.  | Sexual Harassment Policy for Linbeck |  |
| 9.  | Keenan's hand-drawn diagram of the Memorial Drive jobsite (2/8/06) | Keenan #3 |
| 10. | Transcript of proceedings in Commonwealth vs. James Keenan, Docket No, 0352 CR 3239, Cambridge District Court (12/14/04) |  |
| 11. | Diagram/floor plan of 770 Memorial Drive jobsite |  |

In addition to the documents listed above, Defendants expressly reserve their right to supplement this list by adding any additional documents provided hereafter by Plaintiff in accordance with her continuing obligations under Federal Rule of Civil Procedure 26(a)(1).

| |
|---|
| Respectfully submitted, |
| FRED WILLIAMS, INC. and LINBECK, KENNEDY & ROSSI |
| By their attorneys, |
| /s/Eben A. Krim<br>Mark W. Batten, BBO #566211<br>Eben A. Krim, BBO # 652506<br>Proskauer Rose LLP<br>One International Place<br>Boston, MA 02110<br>(617) 526-9850 |

Dated: August 21, 2006

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served on all counsel of record, by means of either the electronic filing system or first-class mail, postage paid, this 21st day of August, 2005.

/s/Eben A. Krim
Eben A. Krim

6