UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 05-11555-JLT

_____
                                        )
LESLIE MACKINNON                        )
                                        )
        Plaintiff                       )
                                        )
v.                                      )
                                        )
LINBECK, KENNEDY & ROSSI,               )
FRED WILLIAMS, INC., and                )
JAMES J. KEENAN                         )
                                        )
        Defendants                      )
_____)

## PLAINTIFF'S PRE-TRIAL DISCLOSURES PURSUANT TO RULE 26 (a)(3)

NOW COMES the plaintiff in the above-entitled matter, hereby makes the following disclosures of the witnesses and documentary evidence that she expects to present at trial. Plaintiff reserves the right to supplement these disclosures as more information becomes available to her, consistent with the Federal Rules of Civil Procedure.

(A)    Names and addresses of witnesses

        1.    Leslie McKinnon
           10 Bicknell Terrace
           Lawrence, MA 01841

        2.    James Keenan
           110 Babcock Street
           Quincy, MA 02169

        3.    Detective Michael Regal
           Cambridge Police Department
           5 Western Avenue
           Cambridge, MA 02139

        4.    Francis Gately
           c/o Defendant Fred Williams, Inc.

5.      Raymond Hennessey
        c/o Defendant Fred Williams, Inc.

6.      Bill Moore
        c/o Defendant Linbeck, Kennedy & Rossi

7.      Jeff Sullivan
        c/o Painters and Tapers Local Union
        Colgate Street
        Roslindale, MA 02131

8.      Tim Manning
        c/o Defendant Fred Williams, Inc.

9.      Bill Henry
        c/o Defendant Fred Williams, Inc.

10.     Jake LaRochelle
        c/o Sweeney Dry Wall
        13A Street
        Burlington, MA 01803

11.     Keith Beaudoin
        131 Pleasant Street
        Chichester, NH 03258

12.     Martin Goulet
        c/o Sweeney Dry Wall
        13A Street
        Burlington, MA 01803

13.     Steve Evans
        c/o Paintsave
        (address unknown)

14.     Paul MacLean and/or Joe Itri, Painters and Tapers Local Union
        c/o Painters and Tapers Local Union
        Colgate Street
        Roslindale, MA 02131

15.     Mary Byrne
        Counseling Associates of Cambridge
        1753 Massachusetts Ave.
        Cambridge, MA 02140

(B)    Documents

    1.    CORI record, James Keenan

    2.    MCAD Position Statements of Fred Williams, Inc. and Linbeck, Kennedy within the MCAD matter between the parties.

    3.    Cambridge Counseling Associates mental health treatment reports and bills

    4.    Tape recording of testimony from the trial of Commonwealth v. James Keenan, Docket No. 0352 CR 3239, Cambridge District Court.

    5.    All documents disclosed by the defendants in their pre-trial disclosures.


By her attorneys,



Sol J. Cohen /s/
Sol J. Cohen
BBO # 630776
COHEN & SALES
43 Thorndike Street
Cambridge, MA 02141
(617) 621-1151