UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 05-11555-JLT

_____
                                                  )
LESLIE MACKINNON                 )
                                                  )
      Plaintiff                    )
                                                  )
v.                                                  )
                                                  )
LINBECK, KENNEDY & ROSSI,  )
FRED WILLIAMS, INC., and       )
JAMES J. KEENAN                )
                                                  )
      Defendants             )
_____)

## PLAINTIFF'S SUPPLEMENTARY PRE-TRIAL DISCLOSURES PURSUANT TO RULE 26 (a)(3)

NOW COMES the plaintiff in the above-entitled matter, hereby makes the following disclosures of the witnesses and documentary evidence that she expects to present at trial. Plaintiff reserves the right to supplement these disclosures as more information becomes available to her, consistent with the Federal Rules of Civil Procedure.

(A)    Names and addresses of witnesses

        1.    Leslie McKinnon
                10 Bicknell Terrace
                Lawrence, MA 01841
                617-719-8336

        2.    James Keenan
                110 Babcock Street
                Quincy, MA 02169
                617-770-4795

        3.    Detective Michael Regal
                Cambridge Police Department
                5 Western Avenue
                Cambridge, MA 02139

        617- 349-3300

4. Francis Gately
   5 Sean Drive
   Mansfield, MA 02048
   508-339-3745

5. Joseph Itri or Jeff Sullivan
   c/o Painters and Tapers Local Union
   25 Colgate Road
   Roslindale, MA 02131
   617-522-0520

6. Keith Beaudoin
   131 Pleasant Street
   Chichester, NH 03258
   603-435-5003

7. Martin Goulet
   27 Beaver Pond Road
   Weare, NH 03281
   603-529-5747

8. Mary Byrne
   Counseling Associates of Cambridge
   1753 Massachusetts Ave.
   Cambridge, MA 02140
   617- 576-2296

9. Keeper of records witnesses necessary to admit any records identified in these disclosures.

(B)    <u>Documents</u>

1. Certified copy of conviction of James Keenan, Quincy District Court # 9056CR3859, Quincy District Court # 8756CR03671A and 8756CR03671B, Wrentham District Court # 8857CR7384, and Dedham District Court # JC871776A and JC871776B.
2. MCAD Position Statements of Fred Williams, Inc., Linbeck, Kennedy and James Keenan within the MCAD matter between the parties.
3. Cambridge Counseling Associates mental health treatment reports and bills.
4. Medical Records of Alejandra Pro-Risquez, MD.
5. MCAD charge of Leslie McKinnon dated 5/27/03, and filing date stamped 12/3/02.

  6.  Tape recording of testimony from the trial of <u>Commonwealth v. James Keenan,</u> Docket No. 0352 CR 3239, Cambridge District Court, including that of Francis Gately and James Keenan.
  7.  Exhibit 3 from the deposition of James Keenan (drawing).
  8.  All documents disclosed by the defendants in their pre-trial disclosures.

The plaintiff may also read portions of the transcripts from the depositions of James Keenan and Francis Gately to the jury, pursuant to Rule 32.

      By her attorneys,

      <u>Sol J. Cohen /s/</u>
      Sol J. Cohen
      BBO # 630776
      COHEN & SALES
      43 Thorndike Street
      Cambridge, MA 02141
      (617) 621-1151