UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| LESLIE MACKINNON,<br><br>    Plaintiff,<br><br>vs.<br><br>LINBECK, KENNEDY & ROSSI,<br>FRED WILLIAMS, INC., and<br>JAMES J. KEENAN,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)   Civil Action No. 05-11555-JLT<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### DEFENDANTS FRED WILLIAMS, INC. AND LINBECK, KENNEDY & ROSSI'S OBJECTIONS TO PLAINTIFF'S PRETRIAL DISCLOSURES PURSUANT TO RULE 26(a)(3)

Defendants, Fred Williams, Inc. ("Fred Williams") and Linbeck, Kennedy & Rossi ("Linbeck") (collectively "Defendants"), hereby make the following objections to Plaintiff Leslie MacKinnon's pretrial disclosures, pursuant to Federal Rule of Civil Procedure 26(a)(3).

**A.  Objections to Materials Identified by Plaintiff pursuant to Rule 26(a)(3)(C)**

    **1.** Certified copies of James Keenan's prior convictions and/or CORI records as identified at subsection (B)(1) of Plaintiff's Supplemental Pretrial Disclosures.

    Defendants object to Plaintiff's proposed use of the above documents as such evidence of prior bad acts or crimes is inadmissible at trial.

Specifically, the admissibility of such evidence is prohibited by, *inter alia*, Federal Rules of Evidence 404 and 609.

2. Mental health treatment reports and bills from Cambridge Counseling Associates as identified at subsection (B)(3) of Plaintiff's Supplemental Pretrial Disclosures.

   Defendants object to Plaintiff's proposed use of the above documents as inadmissible hearsay.

3. Medical Records of Alejandra Pro-Risquez, MD, as identified at subsection (B)(4) of Plaintiff's Supplemental Pretrial Disclosures.

   Defendants object to Plaintiff's proposed use of the above documents as inadmissible hearsay.

Respectfully submitted,

FRED WILLIAMS, INC. and
LINBECK, KENNEDY & ROSSI

By their attorneys,


/s/Eben A. Krim_____
Mark W. Batten, BBO #566211
Eben A. Krim, BBO # 652506
Proskauer Rose LLP
One International Place
Boston, MA 02110
(617) 526-9850


Dated:  September 5, 2006


## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served on all counsel of record,  by means of either the electronic filing system or first-class mail, postage paid, this 5th day of September, 2006.


/s/Eben A. Krim_____
Eben A. Krim