UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 05-11555-JLT

_____
                                              )
LESLIE MACKINNON               )
                                              )
     Plaintiff                        )
                                              )
v.                                                )
                                              )
LINBECK, KENNEDY & ROSSI,    )
FRED WILLIAMS, INC., and       )
JAMES J. KEENAN               )
                                              )
     Defendants                  )
_____)

## PLAINTIFF'S MOTION IN LIMINE TO EXCLUDE EVIDENCE OR REFERENCE TO PLAINIFF'S PRIOR SUBSTANCE ABUSE TREATMENT

NOW COMES the plaintiff in this action and respectfully seeks an order excluding admission of evidence of or reference to the plaintiff's 1996 substance abuse treatment program. As grounds therefore, the plaintiff states as follows:

This is an action for sexual harassment, assault and battery and intentional infliction of emotional distress. The events that are the subject of this case occurred in 2002. In 1996, the plaintiff successfully completed a substance abuse program at the Gosnold Center, an inpatient substance abuse facility. She has not abused drugs since then. The plaintiff seeks to exclude evidence related to that substance abuse program or inquiry into or reference to it, pursuant to Rules 402 or 403.

As a result of the incidents of harassment in this case, the plaintiff suffered emotional distress, including symptoms generally considered indicative of Post Traumatic Stress

Disorder, including recurring thoughts of the events, depression, hyper vigilance and loss of sleep. There is no evidence in the records related to the plaintiff's 1996 substance abuse treatment program or anywhere else, that the plaintiff sustained any trauma prior to or since the events in that are the subject of this case. Therefore, the defendants have no genuine basis for contending that the substance abuse program was in whole or in part the cause of Ms. MacKinnon's symptoms since the events in this case in 2002.

The facts related to the plaintiff's substance abuse treatment program in 1996 have no bearing or relevance to any issues, events, claims, defenses, or claimed damages in this case. Therefore, the plaintiff asks that the Court Order that the records of the treatment program be excluded pursuant to Rule 402 as irrelevant, and that any reference to the program be precluded.

Furthermore, even if the Court determines that the records of the plaintiff's 1996 substance abuse treatment program are relevant, the Court should exclude them under Rule 403. The records show that Ms. MacKinnon successfully completed a treatment program for addictive use of cocaine and crack cocaine. The evidence of such prior drug use will unfairly prejudice the plaintiff. Any probative value is substantially outweighed by prejudice to the plaintiff. In addition, this collateral evidence may confuse the issues in the case, and may result in undue delay and waste of time. The plaintiff asks that the Court exclude evidence of her 1996 substance abuse treatment program because any probative value will be substantially outweighed by Rule 403 factors.

WHEREFORE, the plaintiff seeks an order excluding admission of or reference to the plaintiff's 1996 substance abuse treatment program.

       For the plaintiff,
       By her attorney,


       /s/ Sol J. Cohen
       Sol J. Cohen
       BBO # 630776
       COHEN & SALES
       43 Thorndike Street
       Cambridge, MA 02141
       (617) 621-1151


## CERTIFICATE OF SERVICE

I, Sol J. Cohen, attorney for the plaintiff, Leslie McKinnon, hereby certify that on this 12th day of September, 2006, I served a copy of the above document on the defendants in this action, either by the Court's electronic filing system or by mailing the same, postage pre-paid to the pro se defendant and to the remaining defendants' attorneys at the following address:


Mark W. Batten, Esq.
Proskauer Rose LLP
One International Place, 22d floor
Boston, MA 02110

James Keenan
110 Babcock Street
Quincy, MA 02169


       /s/ Sol J. Cohen
       Sol J. Cohen