UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 05-11555-JLT

_____
)
LESLIE MACKINNON )
)
    Plaintiff )
)
v. )
)
LINBECK, KENNEDY & ROSSI, )
FRED WILLIAMS, INC., and )
JAMES J. KEENAN )
)
    Defendants )
_____)

**PLAINTIFF'S MOTION IN LIMINE TO EXCLUDE EVIDENCE OR REFERENCE TO THE ACQUITTAL OF DEFENDANT KEENAN IN CAMBRIDGE DISTRICT COURT DOCKET NUMBER 0352CR3239**

NOW COMES the plaintiff in this action and respectfully seeks an order excluding admission of evidence of or reference to the acquittal of defendant James Keenan in Cambridge District Court criminal docket number 0352CR3239. As grounds therefore, the plaintiff states as follows:

This is an action for sexual harassment, assault and battery and intentional infliction of emotional distress. The Middlesex County District Attorney's office prosecuted Defendant James Keenan for assault and battery and criminal harassment. After jury trial, Keenan was found not guilty. The plaintiff seeks to exclude evidence related to or reference to such acquittal because the fact of the acquittal is not relevant to the issues in this case, given the different burdens of proof involved.

WHEREFORE, the plaintiff seeks an order excluding admission of evidence of or reference to the acquittal of defendant James Keenan in Cambridge District Court criminal docket number 0352CR3239.

        For the plaintiff,
        By her attorney,


        /s/ Sol J. Cohen
        Sol J. Cohen
        BBO # 630776
        COHEN & SALES
        43 Thorndike Street
        Cambridge, MA 02141
        (617) 621-1151


## CERTIFICATE OF SERVICE

I, Sol J. Cohen, attorney for the plaintiff, Leslie McKinnon, hereby certify that on this 12th day of September, 2006, I served a copy of the above document on the defendants in this action, either by the Court's electronic filing system or by mailing the same, postage pre-paid to the pro se defendant and to the remaining defendants' attorneys at the following address:

Mark W. Batten, Esq.
Proskauer Rose LLP
One International Place, 22d floor
Boston, MA 02110

James Keenan
110 Babcock Street
Quincy, MA 02169


        /s/ Sol J. Cohen
        Sol J. Cohen