UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| LESLIE MACKINNON, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| | * | Civil Action No. 05-11555-JLT |
| v. | * | |
| | * | |
| LINBECK, KENNEDY & ROSSI, | * | |
| FRED WILLIAMS, INC., and | * | |
| JAMES J. KEENAN, | * | |
| | * | |
| Defendants. | * | |

ORDER

September 13, 2006

TAURO, J.

This court hereby orders that:

1. The Parties shall file responses to all pre-trial motions by 3:00 p.m. on Friday, September 15, 2006;

2. By 3:00 p.m. on Friday, September 15, 2006, the Parties shall file a Joint Witness List containing the following:

    a. The names of witnesses to be called (expert and others), and

    b. The time needed for the direct and cross-examination of each witness;

3. The amount of time for cross-examination shall not exceed the amount of time designated for the direct examination of the witness;

4. The morning trial session will begin each day at 10:00 a.m. and end at 1:00 p.m., and the afternoon trial session will begin at 2:15 p.m. and end at 4:30 p.m., except

       on Wednesdays when the afternoon session will end at 3:30 p.m..

5.     All exhibits to be used at trial shall be pre-marked. Plaintiff shall use <u>numbers</u>, and Defendant shall use <u>letters</u>;

6.     The Parties shall submit a list of agreed-upon exhibits, and a separate list of disputed exhibits, to the Deputy Courtroom Clerk before the day of trial; and

7.     This trial is currently number two in the trial list queue.

IT IS SO ORDERED.

                                                      /s/ Joseph L. Tauro
                                              United States District Judge