UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LESLIE MACKINNON,<br><br>        Plaintiff,<br><br>v.<br><br>LINBECK, KENNEDY & ROSSI,<br>FRED WILLIAMS, INC. and<br>JAMES KEENAN,<br><br>        Defendants. | Civil Action No. 05-11555 JLT |

### NOTICE OF APPEARANCE

The undersigned counsel hereby enters his appearance on behalf of the above-captioned defendant, James J. Keenan in his pending case in this Court.

Respectfully submitted,

September 14, 2006

*Theodore A. Barone (dv)*

Theodore A. Barone, Esq.
BARONE LAW OFFICES
130 Liberty Street, Unit 2B
Brockton, MA 02301
508-584-0411
BBO# 030190