UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LESLIE MACKINNON,<br><br>       Plaintiff,<br><br>  v.<br><br>LINBECK, KENNEDY & ROSSI,<br>FRED WILLIAMS, INC. and<br>JAMES J. KEENAN,<br><br>       Defendants. | Civil Action No. 05-11555 JLT |

**JOINT WITNESS LIST OF THE PLAINTIFF, DEFENDANTS FRED WILLIAMS, INC. AND LINBECK, KENNEDY & ROSSI, AND DEFENDANT JAMES J. KEENAN**

NOW COME the parties and submit the following as their joint trial witness list, with estimated time required for direct and cross examinations.

I. Plaintiff's case

1. Leslie MacKinnon:

Direct: 1 hour, 30 minutes.

Defendants' cross: 1 hour, 30 minutes

2. Mike Regal:

Direct: 30 minutes.

Defendants' cross: 30 minutes

3. Jeff Sullivan.

Direct: 30 minutes.

Defendants' cross: 30 minutes

4. <u>Martin Goulet.</u>

Direct: 30 minutes

Defendants' cross: 30 minutes

5. <u>Mary Byrne</u>.

Direct: 45 minutes

Defendants' cross: 45 minutes

6. <u>Francis Gately</u>.

Direct: 45 minutes

Defendants' cross: 45 minutes.

II. <u>Fred Williams and Linbeck's case</u>

1. <u>Francis Gately</u>.

Direct: 45 minutes

Plaintiff's cross: 45 minutes.

2. <u>Tim Manning</u>.

Direct: 45 minutes

Plaintiff's cross: 45 minutes

3. <u>Bill Henry:</u>

Direct: 15 minutes

Plaintiff's cross: 15 minutes.

4. <u>Bill Moore:</u>

Direct: 1 hour

Plaintiff's cross: 1 hour

5. <u>Ray Hennessey</u>:

Direct: 15 minutes

Plaintiff's cross: 15 minutes

<u>III. Jim Keenan's case</u>

1. <u>Jim Keenan</u>.

Direct: 1.5 hours

Plaintiff's cross: 1.5 hours.

2. <u>Francis Gately</u>.

Direct: 45 minutes

Plaintiff's cross: 45 minutes.

3. <u>Bill Henry:</u>

Direct: 45 minutes

Plaintiff's cross: 45 minutes.

4. <u>Ray Hennessey</u>:

Direct: 45 minutes

Plaintiff's cross: 45 minutes

5. <u>David Dye</u>

Direct: 30 minutes

Cross: 30 minutes

Respectfully submitted,

*LESLIE MACKINNON*,

By her attorneys,

COHEN & SALES


/s/ Sol J. Cohen
Sol J. Cohen (BBO #630776)
Cohen & Sales
43 Thorndike Street
Cambridge, Massachusetts, 02141
(617) 621-1151


JOHN P. LEGRAND & ASSOCIATES


/s/ John P. LeGrand
John P. LeGrand (BBO#550185)
John P. LeGrand & Associates
375 Broadway, Suite 2
Somerville, Massachusetts  02145
(617) 623- 3001


*FRED WILLIAMS, INC.*, *LINBECK, KENNEDY & ROSSI,*

By their attorneys,

PROSKAUER ROSE LLP


/s/ Eben A. Krim
Mark W. Batten (BBO#566211)
Eben A. Krim (BBO#652506)
Proskauer Rose LLP
One International Place
Boston, Massachusetts  02110
(617) 526-9850



*JAMES KEENAN,*

4

By his attorney,


/s/ Theodore A. Barone
Theodore A. Barone (BBO# 030190)
Barone Law Offices
130 Liberty Street, Unit 2B
Brockton, MA 02301
(508) 584-0411