UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LESLIE MACKINNON, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>LINBECK, KENNEDY & ROSSI, )<br>FRED WILLIAMS, INC., and )<br>JAMES J. KEENAN, )<br>)<br>Defendants. )<br>) | Civil Action No. 05-11555-JLT |

## AGREED UPON EXHIBITS

### DEFENDANTS FRED WILLIAMS AND LINBECK'S TRIAL EXHIBITS

| Exhibit | Exhibit Description | Exhibit Status |
|---|---|---|
| G | Sexual Harassment Policy for Fred Williams.  (PPL) | Agreed |
| H | Sexual Harassment Policy for Linbeck | Agreed |

Respectfully submitted,

*LESLIE MACKINNON*,

By her attorneys,

COHEN & SALES


/s/ Sol J. Cohen
Sol J. Cohen (BBO #630776)
Cohen & Sales
43 Thorndike Street
Cambridge, Massachusetts, 02141
(617) 621-1151

JOHN P. LEGRAND & ASSOCIATES


/s/ John P. LeGrand
John P. LeGrand (BBO#550185)
John P. LeGrand & Associates
375 Broadway, Suite 2
Somerville, Massachusetts  02145
(617) 623- 3001


*FRED WILLIAMS, INC.*, *LINBECK, KENNEDY & ROSSI*,

By their attorneys,

PROSKAUER ROSE LLP


/s/ Eben A. Krim
Mark W. Batten (BBO#566211)
Eben A. Krim (BBO#652506)
Proskauer Rose LLP
One International Place
Boston, Massachusetts  02110
(617) 526-9850

*JAMES KEENAN,*

By his attorney,


/s/ Theodore A. Barone
Theodore A. Barone (BBO# 030190)
Barone Law Offices
130 Liberty Street, Unit 2B
Brockton, MA 02301
(508) 584-0411