## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| LESLIE MACKINNON,          )<br>                            )<br>    Plaintiff,              )<br>                            )<br>vs.                         )<br>                            )<br>LINBECK, KENNEDY & ROSSI,   )<br>FRED WILLIAMS, INC., and    )<br>JAMES J. KEENAN,            )<br>                            )<br>    Defendants.             )    | Civil Action No. 05-11555-JLT |

## DISPUTED EXHIBITS

## PLAINTIFF LESLIE MACKINNON'S TRIAL EXHIBITS

| Exhibit | Exhibit Description | Exhibit Status |
|---|---|---|
| 1. | MCAD Position Statement of Fred Williams, Inc. | **Disputed** |
| 2. | Position Statement - Linbeck, Kennedy | **Disputed** |
| 3. | Position Statement - James Keenan | **Disputed** |
| 4. | Cambridge Counseling Associates mental health treatment reports and bills. | **Disputed** |
| 5. | Medical records of Alejandra Pro-Risquez, M.D. | **Disputed** |
| 6. | MCAD charge of Leslie MacKinnon dated 5/27/03 | **Disputed** |
| 7. | Filing Date Stamped 12/3/02 | **Disputed** |
| 8. | Transcript of Testimony from the trial of Commonwealth v. James Keenan, Docket No. 0352CR3239, Cambridge District Court, including that of Francis Gately and James Keenan. | **Disputed** |

| | | |
|---|---|---|
| **9.** | Exhibit 3 from the deposition of James Keenan (drawing) | **Disputed** |
| **10.** | October and November 2002 calendars. | **Disputed** |

## **DEFENDANTS FRED WILLIAMS AND LINBECK'S TRIAL EXHIBITS**

| Exhibit | Exhibit Description | Exhibit Status |
|---|---|---|
| A | Cambridge Police Department Investigative Report, file number 03-4374  (6/3/03) | **Disputed** |
| B | "Draft Complaint" submitted by Leslie MacKinnon to the MCAD (5/27/03) | **Disputed** |
| C | MacKinnon's hand-drawn diagram of the Memorial Drive jobsite.  (1/6/06) | **Disputed** |
| D | Leslie MacKinnon's handwritten notes.  (First page has heading "780 Memorial Drive Cambridge Mass") | **Disputed** |
| E | MacKinnon's Complaint submitted to the MCAD.  (5/27/03) | **Disputed** |
| F | Rebuttal of Leslie MacKinnon to Position Statement of Respondent Fred Williams, Inc.  (8/15/03) | **Disputed** |
| I | James Keenan's hand-drawn diagram of the Memorial Drive jobsite.  (2/8/06) | **Disputed** |
| J | Transcript of proceedings in <u>Commonwealth vs. James Keenan</u>, Docket No. 0352CR3239, Cambridge District Court.  (12/14/04) | **Disputed** |
| K | Diagram/floor plan of 780 Memorial Drive jobsite | **Disputed** |

## DEFENDANT JAMES KEENAN'S TRIAL EXHIBITS

| Exhibit | Exhibit Description | Exhibit Status |
|---|---|---|
| | | |
| L | Certified copies of the acquittal of James Keenan in Cambridge District Court, Docket No. 0352CR3239 | **Disputed** |
| M | Records of the Plaintiff's substance abuse treatment. | **Disputed** |

Respectfully submitted,

*LESLIE MACKINNON*,

By her attorneys,

COHEN & SALES


/s/ Sol J. Cohen
Sol J. Cohen (BBO #630776)
Cohen & Sales
43 Thorndike Street
Cambridge, Massachusetts, 02141
(617) 621-1151

JOHN P. LEGRAND & ASSOCIATES


/s/ John P. LeGrand
John P. LeGrand (BBO#550185)
John P. LeGrand & Associates
375 Broadway, Suite 2
Somerville, Massachusetts  02145
(617) 623- 3001


*FRED WILLIAMS, INC.*, *LINBECK, KENNEDY & ROSSI,*

By their attorneys,

PROSKAUER ROSE LLP


/s/ Eben A. Krim
Mark W. Batten (BBO#566211)
Eben A. Krim (BBO#652506)
Proskauer Rose LLP
One International Place
Boston, Massachusetts  02110
(617) 526-9850

*JAMES KEENAN,*

By his attorney,

/s/ Theodore A. Barone
Theodore A. Barone (BBO# 030190)
Barone Law Offices
130 Liberty Street, Unit 2B
Brockton, MA 02301
(508) 584-0411