UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 05-11555-JLT

_____
                              )
LESLIE MACKINNON              )
                              )
    Plaintiff                 )
                              )
v.                            )
                              )
LINBECK, KENNEDY & ROSSI,     )
FRED WILLIAMS, INC., and      )
JAMES J. KEENAN               )
                              )
    Defendants                )
_____)

## **PLAINTIFF'S PROPOSED JURY VOIR DIRE QUESTIONS**

1. The plaintiff is suing the defendants because of sexual harassment she says she suffered. Have you or has any member of your family ever been accused of sexual harassment?

2. Have you or has any member of your family, ever been sued by someone claiming bodily injury or emotional distress?

3. Have you or has any member of your family ever owned, operated or worked for a company which has been sued by someone claiming bodily injury or emotional distress??

4. Do you have any opinions or feelings about a sexual harassment case in which a claim for damages asserted that might prevent you from fairly and impartially deciding the issues in such a case?

6. Would you be against awarding judgment for money damages for emotional distress if the evidence warranted that such an amount would be a fair, just and reasonable amount of money as compensation for such damages?

7. Would you be inclined to lean toward protecting a business or corporation from money judgments or awards against it?

9. Are there any reasons why you could not sit and render a fair and impartial verdict in this particular case, whether it is something specifically inquired of you during this voir dire or something not even mentioned yet? *Parento v. Palumbo,* 677 F.2d. 34 (1st Cir. 1982).

10. Do you or does any member of your family have an interest in or connection with any insurance company?

11. Are you a shareholder or stockholder in, or in any way do you have a financial interest in, an insurance company which is engaged in the business of casualty insurance?

12. Have you or has any member of your family ever worked as a claims investigator or an insurance adjuster, or even been employed in any way by an insurance company?

                    For the plaintiff,
                    By her attorney,

                    /s/ Sol J. Cohen
                    Sol J. Cohen
                    BBO # 630776
                    COHEN & SALES
                    43 Thorndike Street
                    Cambridge, MA 02141
                    (617) 621-1151