UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 05-11555-JLT

_____
                                    )
LESLIE MACKINNON                    )
                                    )
    Plaintiff                      )
                                    )
v.                                  )
                                    )
LINBECK, KENNEDY & ROSSI,           )
FRED WILLIAMS, INC., and            )
JAMES J. KEENAN                     )
                                    )
    Defendants                     )
_____)

## PLAINTIFF'S PROPOSED JURY SPECIAL VERDICT FORM

### Question Number 1

Did the defendant, James Keenan., sexually harass the plaintiff, Leslie MacKinnon?

Yes_____              No_____

If you answered "No" to Question Number 1, please skip to Question Number 6. You have reached a verdict for the defendants on the plaintiff's sexual harassment claim.

If your answer to Question Number 1 is "Yes," please continue to Questions 2 through 9.

### Question Number 2

Please state the amount of compensatory damages that the plaintiff, Leslie MacKinnon, suffered, as a result of sexual harassment.

$_____
(Please write out the amount of damages using numbers).

_____
(Please write out the amount of damages in words.)

## Question Number 3

Please state the amount of punitive damages that are appropriate against Defendant James Keenan, Jr., for sexual harassment.

$_____
(Please write out the amount of damages using numbers).

_____
(Please write out the amount of damages in words.)

## Question Number 4

Did the defendant Fred Williams, Inc., know or should Fred Williams Inc. have known about Mr. Keenan's sexual harassment yet fail to respond adequately to it?

Yes_____                No_____

If your answer is yes, please state the amount of punitive damages that are appropriate against Defendant Fred Williams, Inc.

$_____
(Please write out the amount of damages using numbers).

_____
(Please write out the amount of damages in words.)

If your answer to Question number 4 was no, please skip to question 5.

## Question Number 5

Did the defendant Linbeck, Kennedy & Rossi., know or should Linbeck, Kennedy & Rossi have known about Mr. Keenan's sexual harassment yet fail to respond adequately to it?

Yes_____                No_____

If your answer is was yes, please state the amount of punitive damages that are appropriate against Defendant Linbeck, Kennedy & Rossi

$_____
(Please write out the amount of damages using numbers).

_____
(Please write out the amount of damages in words.)

If your answer to question number 5 was no, please skip to question 6.

## Question Number 6

Did the defendant James Keenan, Jr., commit an assault on the plaintiff, Leslie MacKinnon?

Yes_____            No_____

If you answered "No" to Question Number 6, please skip to Question Number 8. You have reached a verdict for the defendant on the plaintiff's assault and battery claim.

If your answer to Question Number 5 is "Yes," please continue to Question 7.

## Question Number 7

Please state the amount of damages that the plaintiff, Leslie MacKinnon, suffered, as a result of assault and battery.

$_____
(Please write out the amount of damages using numbers).

_____
(Please write out the amount of damages in words.)

## Question Number 8

Did the defendant James Keenan., intentionally or recklessly cause the plaintiff, Leslie MacKinnon, emotional distress?

Yes_____          No_____

If you answered "No" to Question Number 8, please stop.  You have reached a verdict for the defendant on the plaintiff's claim of intentional infliction of emotional distress.

If your answer to Question Number 7 is "Yes," please continue to Question 9.

## Question Number 9

Please state the amount of damages that the plaintiff, Leslie MacKinnon, suffered, as a result of intentional infliction of emotional distress.

$_____
(Please write out the amount of damages using numbers).

_____
(Please write out the amount of damages in words.)


                For the plaintiff,
                By her attorney,


                /s/ Sol J. Cohen_____
                Sol J. Cohen
                BBO # 630776
                COHEN & SALES
                43 Thorndike Street
                Cambridge, MA 02141
                (617) 621-1151