UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 05-11555-JLT

_____
                                    )
LESLIE MACKINNON                    )
                                    )
    Plaintiff                       )
                                    )
v.                                  )
                                    )
LINBECK, KENNEDY & ROSSI,           )
FRED WILLIAMS, INC., and            )
JAMES J. KEENAN                     )
                                    )
    Defendants                      )
_____ )

## PLAINTIFF'S PROPOSED JURY INSTRUCTIONS AS TO DEFINITION OF "MANAGEMENT" OR "SUPERVISOR"

7.    Whether an individual exercises supervisory authority in a company is a question of fact for you, the jury to decide. For you to determine that an individual has supervisory authority sufficient for you to consider him or her part of his or her employer's management does is not necessarily determined by whether the individual may hire or fire other employees. You must consider other indicators of supervisory authority beyond whether the company formally designated the individual as a manager, including how the individual holds himself out to others.

    *Messina v. Araserve, Inc.,* 906 F.Supp. 34, 37 (D.Mass. 1995); *Przybycien v. AID Maintenance Co.,* 13 MDLR 1266, 1281-1282 (1991) (finding, on the theory of apparent authority, that the perpetrator had sufficient supervisory authority); *and Richards v. Walter Furnald State Sch.,* 2000 WL 1473024 at *3 (Mass. Super. Ct. 2000) (holding employer strictly liable even though supervisor did not have the authority to hire or fire plaintiff.); and *College-Town Div. Of Interco, Inc.,* 400 Mass. at 166 (stating that Massachusetts courts are to accord deference to MCAD interpretations of M.G.L. c. 151B)

For the plaintiff,
By her attorney,


/s/ Sol J. Cohen
Sol J. Cohen
BBO # 630776
COHEN & SALES
43 Thorndike Street
Cambridge, MA 02141
(617) 621-1151