UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2006 SEP 15 P 2: 24

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| LESLIE MACKINNON, <br><br> Plaintiff, <br><br> v. <br><br> LINBECK, KENNEDY & ROSSI, <br> FRED WILLIAMS, INC. AND <br> JAMES J. KEENAN, <br><br> Defendants. | Civil Action No: 05-11555 JLT |

## MOTION FOR LEAVE TO FILE MOTIONS IN LIMINE AND OPPOSITIONS LATE

The defendant in the above-captioned matter, James J. Kennan, hereby moves this Honorable Court to allow the present motion to file Motions in Limine and Oppositions on Monday, September 18, 2006. Grounds for the motion are as follows:

1. Mr. Barone was retained by Mr. Keenan on Wednesday, September 13, 2006.

2. Mr. Barone has not had the opportunity to file any motions pertaining to this case because he has not had the opportunity to complete his review and analysis of this file (including proposed exhibits).

3. The deadline to file Motions In Limine with this court was September 12, 2006 before Mr. Barone was retained.

4. The deadline to file responses to pre-trial motions was today at 3:00 p.m. However, Mr. Barone, given his late retention, had a full schedule of court appearances yesterday and today and needs the weekend to properly prepare for trial including preparation of Motions in Limine and Oppositions.

WHEREFORE, James J. Keenan, through counsel, requests the present motion be allowed.

Respectfully submitted,
JAMES J. KEENAN
By his Attorney,

September 15, 2006

*Theodore A. Barone (an)*

Theodore A. Barone, Esq.
BARONE LAW OFFICES
130 Liberty Street, Unit 2B
Brockton, MA  02301
508-584-0411
BBO# 030190

## CERTIFICATE OF SERVICE

I, Theodore A. Barone, hereby state that I have served a copy of the foregoing motion via fax to the plaintiff's attorney's, Sol J.Cohen, Esq., Cohen & Sales, 43 Thorndike Street, Cambridge, MA  02141 and John P. LeGrand, Esq., John P. LeGrand & Associates, 375 Broadway, Suite 2, Somerville, MA 02145 and on counsel for the co-defendant's, Eben A. Krim, Esq. Proskauer & Rose, LLP, One International Place, 22nd floor, Boston, MA  02110 on this 15th day of September, 2006.

*Theodore A. Barone (cd)*

Theodore A. Barone

2