UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LESLIE MACKINNON,<br><br>       Plaintiff,<br><br>v.<br><br>LINBECK, KENNEDY & ROSSI,<br>FRED WILLIAMS, INC. and<br>JAMES J. KEENAN,<br><br>       Defendants. | Civil Action No. 05-11555 JLT |

### JOINT WITNESS LIST OF THE PLAINTIFF, DEFENDANTS FRED WILLIAMS, INC. AND LINBECK, KENNEDY & ROSSI, AND DEFENDANT JAMES J. KEENAN

NOW COME the parties and submit the following as their joint trial witness list, with estimated time required for direct and cross examinations.

I. Plaintiff's case

1. Leslie MacKinnon:

Direct: 1 hour, 30 minutes.

Defendants' cross: 1 hour, 30 minutes

2. Martin Goulet.

Direct: 30 minutes

Defendants' cross: 30 minutes

3. Mary Byrne.

Direct: 45 minutes

Defendants' cross: 45 minutes

4. <u>Jeff Sullivan.</u>

Direct: 30 minutes.

Defendants' cross: 30 minutes

5. <u>Mike Regal</u>:

Direct: 30 minutes.

Defendants' cross: 30 minutes

<u>II. Fred Williams and Linbeck's case</u>

1. <u>Francis Gately</u>.

Direct: 45 minutes

Plaintiff's cross: 45 minutes.

2. <u>Tim Manning</u>.

Direct: 45 minutes

Plaintiff's cross: 45 minutes

3. <u>Bill Henry:</u>

Direct: 15 minutes

Plaintiff's cross: 15 minutes.

4. <u>Bill Moore</u>:

Direct: 1 hour

Plaintiff's cross: 1 hour

5. <u>Ray Hennessey</u>:

Direct: 15 minutes

Plaintiff's cross: 15 minutes

III. Jim Keenan's case

1. Jim Keenan.

Direct: 1.5 hours

Plaintiff's cross: 1.5 hours.

2. Francis Gately.

Direct: 45 minutes

Plaintiff's cross: 45 minutes.

3. Bill Henry:

Direct: 45 minutes

Plaintiff's cross: 45 minutes.

4. Ray Hennessey:

Direct: 45 minutes

Plaintiff's cross: 45 minutes

5. David Dye

Direct: 30 minutes

Cross: 30 minutes

Respectfully submitted,

*LESLIE MACKINNON*,

By her attorneys,

COHEN & SALES

/s/ Sol J. Cohen
Sol J. Cohen (BBO #630776)
Cohen & Sales
43 Thorndike Street
Cambridge, Massachusetts, 02141
(617) 621-1151

JOHN P. LEGRAND & ASSOCIATES


/s/ John P. LeGrand
John P. LeGrand (BBO#550185)
John P. LeGrand & Associates
375 Broadway, Suite 2
Somerville, Massachusetts  02145
(617) 623- 3001


*FRED WILLIAMS, INC.*, *LINBECK, KENNEDY & ROSSI,*

By their attorneys,

PROSKAUER ROSE LLP


/s/ Eben A. Krim
Mark W. Batten (BBO#566211)
Eben A. Krim (BBO#652506)
Proskauer Rose LLP
One International Place
Boston, Massachusetts  02110
(617) 526-9850



*JAMES KEENAN,*

By his attorney,


/s/ Theodore A. Barone
Theodore A. Barone (BBO# 030190)
Barone Law Offices
130 Liberty Street, Unit 2B
Brockton, MA 02301

4

(508) 584-0411

5