UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LESLIE MACKINNON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>LINBECK, KENNEDY & ROSSI, )<br>FRED WILLIAMS, INC. and )<br>JAMES J. KEENAN, )<br>)<br>Defendants. ) | Civil Action No. 05-11555 JLT |

## MOTION FOR DIRECTED VERDICT

The defendant, James J. Keenan, hereby moves this honorable court for a directed verdict on all claims made by the plaintiff in this case against him. Grounds for the motion are as follows:

1. The evidence presented by the plaintiff cannot sustain a verdict for her on the sexual harassment claim even when the evidence is considered in the light most favorable to her;

2. The evidence presented by the plaintiff cannot sustain a verdict for her on the claim of intentional or reckless infliction of emotional distress even when the evidence is considered in the light most favorable to her; and

3. The claim of assault and assault and battery cannot sustain a verdict even when the evidence is considered in the light most favorable to her.

*James J. Keenan*
9/19/06

At best the evidence, even when considered in the light most favorable for the plaintiff, suggests no reasonable trier of fact could find the plaintiff's claims have been established by a preponderance of the evidence.

Respectfully submitted,

September 19, 2006

*Theodore A. Barone (dt)*

Theodore A. Barone
BARONE LAW OFFICES
130 Liberty Street, Unit 2B
Brockton, MA 02301
508-584-0411
BBO# 030190