UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**LESLIE MACKINNON,**
    **Plaintiff,**

    **V**                      **CA 05-11555-JLT**

**LINBECK, KENNEDY & ROSSI,**
**FRED WILLIAMS, INC., and**
**JAMES J. KEENAN,**
    **Defendants.**

SETTLEMENT ORDER OF DISMISSAL

TAURO, D.J.,

    The court having been advised on September 20, 2006 by counsel for the parties that the above action has been settled:

IT IS ORDERED that this action is hereby DISMISSED.

                                            By the Court:

                                              /s/
                                          ZITA LOVETT,
9/20/2006                                  Deputy Clerk