CASE NO: (CIVIL) (~~CRIMINAL~~) 05-11555

TITLE: Leslie McKinnon vs Linbeck, Kennedy

## JURY PANEL

(1. Paul E. Garner (14)                (7. Marie D. Sunder (1)
(2. John B. Duchesney (28)             (8. Stephen J. O'Connor (7)
(3. David M. Deminico (23)             (9.
(4. John R. Riley (24)                 (10.
(5. Dennis A. Hall (17)                (11.
(6. Lisa B. Hill (25)                  (12.

_____              _____
     Alternate # 1                        Alternate # 2

_____              _____
     Alternate # 3                        Alternate # 4

(PLTFF) (~~DEFT~~)      WITNESSES           DEFENDANT

1. Leslie McKinnon; 9/19/06           1. Bill Moore, 9/19
2. Mary Byrne; 9/19/06                2. Francis Gately, 9/19
3. Jeff Sullivan; 9/19/06             3.
4.                                    4.
5.                                    5.
6.                                    6.
7.                                    7.
8.                                    8.
9.                                    9.
10.                                   10.
11.                                   11.
12.                                   12.
13.                                   13.
14.                                   14.