AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

DISTRICT OF **MASSACHUSETTS**

McKINNON v. WINBECK, KENNEDY et al

**EXHIBIT AND WITNESS LIST**

CASE NUMBER:

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| JOSEPH L. TAURO | COHEN | BATTEN, KRIM, BARONE |

| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
|---|---|---|
| 9/18/06 to | CAROL SCOTT | ZITA LOVETT |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 7 |   | 9-19-06 | ✓ | ✓ |   |
| 6 |   | " " | ✓ | ✓ |   |
|   | D |   | ✓ | ✓ |   |
|   | F |   | ✓ | ✓ |   |
| 4 |   | " " | ✓ | ✓ |   |
| 1 |   | " " | ✓ | ✓ |   |
|   | H | " " | ✓ | ✓ | SEXUAL HAR |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ____ Pages