UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LESLIE MACKINNON,<br><br>       Plaintiff,<br><br>v.<br><br>LINBECK, KENNEDY & ROSSI,<br>FRED WILLIAMS, INC. and<br>JAMES J. KEENAN,<br><br>       Defendants. | Civil Action No. 05-11555 JLT |

### STIPULATION OF DISMISSAL AS TO CLAIMS AGAINST DEFENDANTS LINBECK, KENNEDY & ROSSI AND FRED WILLIAMS, INC.

  The plaintiff and Defendants Linbeck, Kennedy & Rossi and Fred Williams, Inc. hereby stipulate that all claims of the plaintiff against Defendants Linbeck, Kennedy & Rossi and Fred Williams, Inc. be dismissed pursuant to Federal Rule 41(a)(1)(ii) with prejudice and without costs. All rights of appeal as to said defendants are hereby waived.

Respectfully submitted,

For the plaintiff,

/s/ Sol J. Cohen
Sol J. Cohen
BBO #630776
Cohen & Sales
43 Thorndike Street
Cambridge, Massachusetts, 02141
(617) 621-1151

For Defendants Fred Williams, Inc. and Linbeck, Kennedy & Rossi


/s/ Eben A. Krim_____
Mark W. Batten
BBO#566211
Eben A. Krim
BBO#652506
Proskauer Rose LLP
One International Place
Boston, Massachusetts  02110
(617) 526-9850


CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served on all counsel of record, either by means of the electronic filing system or first-class mail, postage paid, this 9th day of November, 2006.

 /s/ Eben A. Krim\_\_\_\_
Eben A. Krim